JOHN WALTZER, Sen., JOHN WALTZER, Jun., and MARTIN WALTZER, Plaintiffs in Error,

*vs.*

THE STATE OF WISCONSIN, Defendant in Error.

Upon a conviction of two or more defendants tried together for a criminal offence, the sentence must be several and not joint.

This was a criminal prosecution against the plaintiffs in error, before a justice of the peace for Dane county, for an assault and battery. The warrant was returned by the constable, with John Waltzer, Jun., and Martin Waltzer in custody, and "not found," as to John Waltzer, Sen. The parties pleaded not guilty, and were tried separately by the justice, convicted and fined, one thirty dollars and costs, and the other fifteen dollars and costs, from which they appealed to the Circuit Court.

Afterwards the justice issued a warrant for John Waltzer, Sen., who was arrested and brought before the justice. He also pleaded not guilty, and was tried by the justice, convicted, and fined fifty dollars and costs, from which he took an appeal to the Circuit Court.

The cause came on to be tried at the April term of the Circuit Court, and the three plaintiffs in error were tried jointly by a jury, who found a general verdict of guilty against them. Upon this verdict the court rendered a judgment against the plaintiffs in error jointly; that they pay a fine of           dollars, &c.

51

*By the Court*, Smith, J.    It is unnecessary to notice. all the errors assigned in this case, as the form of the judgment is fatal.   This was a criminal prosecution, and even admitting that all of the defendants could be, and were properly tried jointly, the punishment should have been several.   Each should have been sentenced to pay a fine, according to the nature and aggravation of his offence.   Every individual is answerable for his conduct to the State.   The guilt of one is neither mitigated nor enhanced, from the fact that another may be also guilty.   2 *Hawk. Pl. C.* 635, (*lib. ed.* ;) 7 *Dana*, 229 ; 7 *Blackf.* 494 ; 10 *Miso* 440.

The judgment is reversed, and cause remanded.